UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

KARIM IBRAHIM,

Defendant.

---------------------------------------------------------X

24-CR-362 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 30, 2026, I sentenced Defendant Karim Ibrahim. It has come to my attention that I did not advise Defendant about his appeal rights. Specifically, I did not advise Defendant that he has the right to appeal his conviction and sentence to the extent it is inconsistent with his plea agreement, that the notice of appeal must be filed within 14 days of the judgment of conviction, and that if he is not able to pay for the cost of an appeal, he may apply for leave to appeal *in forma pauperis*. It is hereby:

ORDERED that the parties submit a joint letter by October 8, 2026 concerning a date to reopen sentencing to address Defendant's right to appeal or indicate why reopening sentencing is not necessary.

SO ORDERED.

Dated: October 1, 2026
New York, New York

Vernon S. Broderick
United States District Judge